**JS-6**

**NOTE CHANGES BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | District Court Case No. 8:22-cv-01454-ODW<br>[Bankruptcy Case No. 8:21-bk-11710-ES]<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO DISMISS APPEAL WITHOUT PREJUDICE**<br><br>[Notice of Appeal filed in Bankruptcy Court on August 4, 2022, as Dk. No. 169]<br><br>[NO HEARING REQUIRED] |

The Court having considered the Stipulation ("Stipulation") entered into by and among Appellee, HOUSER BROS. CO., a California limited partnership dba RANCHO DEL REY MOBILE HOME ESTATES ("Houser Bros."), together with Appellant and Debtor, Jamie Lynn Gallian ("Ms. Gallian," and together with Houser Bros., the "Parties") regarding the dismissal of the appeal with prejudice, and has found good cause to approve the Stipulation as follows:

**IT IS ORDERED** that:

1.    Debtor's Appeal shall be dismissed without prejudice;

2.    Debtor may file an appeal of the Order and/or any order on her Reconsideration Motion in the Bankruptcy Court on or before the date that is 14 days after entry of the order on the Reconsideration Motion pursuant to Rule 8002 of the Federal Rules of Bankruptcy Procedure; and

3. Each party shall bear its own attorneys' fees and costs with respect to this appeal.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

Dated    August 30, 2022

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**